UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ISM SPORTS, INC. d/b/a INNOVATIVE SPORTS
MARKETING,

                      Plaintiff,

-against-

LEMONIA GYRA & SOUVLAKI, INC. d/b/a
LEMONIA RESTAURANT AND ROTIS
ANDREOU,

                      Defendants.
-------------------------------------------------------------X

JUDGMENT
04-CV- 2333 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 2, 2005, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated June 30, 2005, after a *de novo* review of the record; granting plaintiff's motion for a default motion; directing the Clerk of Court to enter judgment awarding plaintiff $4,000.00 in statutory damages; and denying plaintiff's motion for attorney's fees; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that plaintiff's motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiff, ISM Sports, Inc. d/b/a Innovative Sports Marketing, and against defendants, Lemonia Gyra & Souvlaki, Inc. d/b/a Lemonia Restaurant andd Rotis Andreou, awarding $4,000.00 in statutory damages; and that plaintiff's motion for attorney's fees is denied.

Dated: Brooklyn, New York
      August 02, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court